UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO LOPEZ, <br><br>             Plaintiff, <br><br>    v. <br><br> RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive, <br><br>             Defendants. | Case No. EDCV 08-1483-VAP (JWJx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: December 1, 2008          _____
                                     VIRGINIA A. PHILLIPS
                                 United States District Judge